

Urban Justice Center
123 William Street, 16th floor, New York, NY 10038
Tel: (646) 602-5600 • Fax: (212) 533-4598
www.urbanjustice.org



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 7 2008

**Board of Directors**

Mitchell A. Lowenthal, Esq.
*Chairman*
Partner
Cleary Gottlieb Steen & Hamilton LLP

Felipe Aransaenz
Managing Director
York Stockbrokers

Michael A. Barasch, Esq.
Partner
Barasch McGarry Salzman & Penson

Pat Budziak
Member
i2 Foundation

Peter Cicchino, Esq.
*In Memoriam (1960-2000)*

Jonathan Cole, Ph. D.
J.M. Mason Professor of the University
Provost & Dean of Faculties, *Emeritus*
Columbia University

Marc Falcone, Esq.
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP

Jeffrey D. Haroldson, Esq.
President
HDG Mansur Capital Group, LLC

Helen Hershkoff, Esq.
Professor
New York University School of Law

Raquiba LaBrie, Esq.
Program Director
Open Society Institute

Stephen Loffredo, Esq.
Professor
CUNY Law School

Christopher J. Meade, Esq.
Partner
WilmerHale

Arnold B. Peinado, III, Esq.
Partner
Milbank, Tweed, Hadley & McCloy LLP

David A. Singleton, Esq.
Executive Director
Ohio Justice and Policy Center

Christopher K. Tahbaz, Esq.
Partner
Debevoise & Plimpton LLP

David Tobis, Ph.D.
Executive Director
Fund for Social Change

**Executive Director**

Douglas Lasdon, Esq.

October 3, 2008

**MEMO ENDORSED**

**Via Facsimile**
Hon. Laura Taylor Swain
U.S. District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   <u>Campos v. LeMay</u> (Case No. 05-cv-2089)

Your Honor:

Along with co-counsel Simpson Thacher & Bartlett LLP, I represent plaintiff Luzenilde Campos in the above-captioned matter. I write on behalf of Plaintiff to respectfully request that the Judgment entered in this matter on July 9, 2008 be unsealed.

On July 7, 2008, I filed a Proposed Judgment, together with a Declaration in support of said Proposed Judgment and a motion to seal such Declaration. Your Honor signed the Judgment on July 9, 2008, and also granted the motion to seal. Plaintiff's co-counsel and I received a copy of the Judgment on September 9, 2008. It appears that the Judgment itself was placed under seal. Respectfully, I did not intend to request that the Judgment itself be placed under seal. In order to allow Plaintiff to seek to enforce the Judgment, Plaintiff respectfully requests that the Judgment be unsealed and docketed.

Thank you for your consideration of this request.

Sincerely,

David A. Colodny
Senior Staff Attorney

*Counsel for Plaintiff Luzenilde Campos*

The request is granted. The Clerk of Court is respectfully requested to unseal and docket the Judgment.

SO ORDERED.

NEW YORK, NY
Oct 6, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

*individual rights • social change*