UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
LUZENILDE CAMPOS,

                Plaintiff,

- against -

SCARLET CONSTANCE LEMAY,

                Defendant.
------------------------------------------------------------x

Case No. 05 Civ. 2089 (LTS) (FM)

~~PROPOSED~~
JUDGMENT

Upon reading and filing the attached Declaration of David A. Colodny, together with the Affidavit of Confession of Judgment sworn to on the 8th day of June, 2007 by the defendant, Scarlet Constance LeMay, and the Stipulation of Settlement and Dismissal, dated June 12, 2007, in which the Court expressly retained jurisdiction to enforce the Settlement and Release Agreement dated June 8, 2007, it is

ORDERED, ADJUDGED AND DECREED, that the plaintiff, Luzenilde Campos, have judgment against the defendant, Scarlet Constance LeMay, in the sum of $13,700.00, plus interest according to law thereon, at a rate of 9% from October 29, 2007 to the present, amounting to $822[i] in interest and a total judgment of $14,522, and that the plaintiff have execution therefore.

Judgment signed this 9th day of July, 2008.

LAURA TAYLOR SWAIN
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

This document was entered on the docket on ____.

---

i   Interest is calculated based on 9 percent per annum simple interest on $13,700 for a period of eight months (October 29, 2007 to June 30, 2008): .09 * 8/12 * $13,700 = $822.